IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CASEY STUART MATTINGLY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1014

Opinion filed September 27, 2017.

An appeal from an order of the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Andy Thomas, Public Defender, and Terry Roberts, Special Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      The trial court properly handled Appellant's competency issues throughout this proceeding, and we find that the hearing addressing competency on September 23, 2014, at which the trial court orally adjudicated Appellant competent, satisfied the requirements of due process. However, we find well-taken the State's confession of error in the lack of a written order of competency following that

hearing. Accordingly, we affirm Appellant's judgment and sentence, but remand solely for entry of an order of competency nunc pro tunc to the date of that hearing. *See Zern v. State*, 191 So. 3d 962, 965 (Fla. 1st DCA 2016) (requiring court to enter a nunc pro tunc order of competency if appellant was competent at the time of hearing, whereupon the judgment and sentence need not change).

AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings.

RAY and KELSEY, JJ., and DOUGLAS, WESLEY R., ASSOCIATE JUDGE, CONCUR.